**Silvestro CAROLLA, alias "Sam" and Sam Alonzo, Appellants, v. UNITED STATES of America, Appellee. ***

No. 8017.

Circuit Court of Appeals, Fifth Circuit.

June 19, 1936.

*Rehearing denied July 20, 1936.

George P. Nosacka, George Wray Gill, and John H. Carter, Jr., all of New Orleans, La., for appellants.

Rene A. Viosca, U. S. Atty., and Gerard A. Rault, Sp. Asst. U. S. Atty., both of New Orleans, La.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

No error is made to appear, and the judgment is affirmed.